UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF | CASE NUMBER |
| **DONNA LYNN PHARR** | 14-12305 |
| DEBTOR | SECTION A |
| | CHAPTER 13 |

### ORDER OF DISMISSAL

On October 7, 2014 there came before the Court the Order for Donna Lynn Pharr, Pro Se Debtor, to appear and show cause as to why this bankruptcy case should not be dismissed with prejudice for abuse **(P-8)**.

Present at the hearing:

Donna L. Pharr, Debtor in Proper Person; and
Andrew Wiebelt, II, Counsel for Chapter 13 Trustee

The Court, having considered the record herein, the argument of the parties; and

For the reasons orally assigned,

**IT IS ORDERED** that the bankruptcy case for the above captioned debtor, Donna Lynn Pharr, is hereby **DISMISSED**.

**IT IS FURTHER ORDERED** that the debtor is enjoined from filing any bankruptcy petition, under any chapter, for a period of three (3) years from the date of the entry of this order.

**IT IS FURTHER ORDERED** that the automatic stay pursuant to 11 U.S.C. §362 be and hereby is **vacated and set aside**.

New Orleans, Louisiana, October 8, 2014.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge